**Order entered November 30, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00624-CR

### DAVID WARREN JACKSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F21-00278-R**

## ORDER

Before the Court is the November 14, 2022 request of court reporter Marissa Garza for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed by **December 14, 2022**.

/s/    ERIN A. NOWELL
        JUSTICE